IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FREDERICK BANKS, #05711-068**                                                    **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 5:09-cv-78-DCB-MTP**

**BARACK OBAMA, et al.**                                                          **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  <u>18th</u>  day of  May, 2009.


                                                                s/David Bramlette
                                                                UNITED STATES DISTRICT JUDGE